FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. † 2254

Name: Paul Dale Wolfe

Prison Number: 215433

Place of Confinement: Ventress Corr. FA. Post office Box 767 Clayton, Alabama 36016

RECEIVED 2005 AUG -8 A 9:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States District Court _Middle_ District of _Alabama_

Case No. 2:05CV742-A

(To be supplied by Clerk of U. S. District Court)

Paul Dale Wolfe , PETITIONER
(Full Name) (Include name under which you were convicted)

Warden J.C. Giles , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _Alabama_

_____ , ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies</u> * must be mailed to the Clerk of the United States District Court whose address is:

P.O. Box 711
Montgomery, Alabama 36101

---

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court. *INForma pauperis enclosed*

## PETITION

1. Name and location of court which entered the judgment of conviction under attack MoNtgomery CouNty Middle DistriCT, AlabAmA

2. Date of judgment of conviction July 15Th 2004

3. Length of sentence 20 years  Sentencing Judge TruMan Hobbs JR.

4. Nature of offense or offenses for which you were convicted: _____
   _Robbery 1st x2_ _____
   _____
   _____

5. What was your plea? (check one)
   (a) Not guilty ( )
   (b) Guilty (X)
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____
   _____
   _____
   _____

6. Kind of trial: (Check one)
   (a) Jury ( )
   (b) Judge only (X)

7. Did you testify at the trial? Yes ( ) No ( ) _N/A_

8. Did you appeal from the judgment of conviction? Yes ( ) No (X)

9. If you did appeal, answer the following: _N/A_
   (a) Name of court _N/A_
   (b) Result _N/A_
   (c) Date of result _N/A_
   If you filed a second appeal or filed a petition for certeorari in the Supreme Court, give details: _N/A_
   _____
   _____
   _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (X) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court _Barbour County Circuit Court_
        (2) Nature of proceeding _Habus Corpus_

        (3) Grounds raised _Conviction unlawfully obtained by Hearsay, Ineffective Assistance of Counsel._
        _____
        _____
        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (X)
        (5) Result _____
        (6) Date of result _____

(b) As to any second petition, application or motion give the same information:
   (1) Name of court _Montgomery Circuit Court_
   (2) Nature of proceeding _Habus Corpus sent from Barbour County by District Attorney Construd as a Rule 32._
   (3) Grounds raised _Conviction unlawfully obtained by hearsay Ineffective Assistance of Counsel._

   (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )   No (X)
   (5) Result _____
   (6) Date of result _____

(c) As to any third petition, application or motion, give the same information:
   (1) Name of Court _Montgomery Circuit Court_
   (2) Nature of proceeding _Motion for Transcript_
   (3) Grounds raised _Transcript of Revocation hearing proves the statements of the Honorable Judge._

   (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )   No (X)
   (5) Result _Denied_
   (6) Date of result _June 27th 2005_

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
   (1) First petition, etc.       Yes ( )   No (✓)
   (2) Second petition, etc.      Yes ( )   No (✓)
   (3) Third petition, etc.       Yes ( )   No (✓)

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _The Honorable Judge informed me of Ex parte Dowell, telling me I had no right to the Freedom transcript Act because I (or my Public Attorney) did not Appeal. I Am Indigent_

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

>   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

>   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
>   (b) Conviction obtained by use of coerced confession.
>   (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
>   (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
>   (e) Conviction obtained by a violation of the privilege against self-incrimination.
>   (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
>   (g) Conviction obtained by a violation of the protection against double jeopardy.
>   (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
>   (i) Denial of effective assistance of counsel.
>   (j) Denial of right of appeal.

A. Ground one: Guilty plea unlawfully induced/involuntary made without understanding nature of charge or consequences of plea
Supporting FACTS (tell your story briefly without citing cases or law):

See: Attached Grounds Supporting Facts: Summary of Facts

B. Ground two: Denial of and/or ineffective Assistance of Counsel
Supporting FACTS (tell your story briefly without citing cases or law):

See: Attached Grounds Supporting Facts: Summary of Facts

C. Ground three: Court was without Jurisdiction to render judgment or to impose sentence.
Supporting FACTS (tell your story briefly without citing cases or law):

See: Attached Grounds Supporting Facts: Summary of Facts.

D. Ground four: Sentence Exceeds Maximum Authorized By Law or is otherwise Not Authorized by law.

Supporting FACTS (tell your story briefly without citing cases or law):

See: Attached Grounds Supporting Facts: Summary of Facts.

E. Grounds five: Newly discovered material facts Exist which require that the Conviction or Sentence be Vacated by Court.

See: Attached Grounds Supporting Facts: Summary of Facts.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: ____

14. Do you have any petition or appeal now pending in any court, wither state or federal, as to the judgment under attack?   Yes (X)   No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing Todd Carter Montgomery, Alabama
    (b) At arraignment and plea John Hartley 112 Scott St Montgomery, Alabama.
    (c) At trial N/A
    (d) At sentencing N/A
    (e) On appeal N/A

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: ___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes (✱)   No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( )   No (✱)

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) And give date and length of sentence to be served in the future: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ( )   No ( )

    Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on July 30th 2005.
                                              (date)

*Paul Dale Wolf*
Signature of Petitioner