### GROUND ONE (A)

I was released from prison on a 5 split 2,I was on probation.I had an alltercation with a store clerk.There was no weapon,nothing taken from the store or even attemped to be taken from the store.I was charged with armed robbery and picked up.I went to my preleminary hearing with Attorney Branch Clouse Public Defendender.
Attorney Branch CLouse informed me we would beat the Case of Armed Robbery,that there was no evedence showing Armed Robbery,but I hurd nothing from  Attorney Clouse.then latter I found out Attorney Clouse had been put in federal prison.I was violated and sent to prison to finish my five year sentence.
Around 6 mounths of being in prison I was taken to Montgomery County Jail to go to COurt on the Armed Robbery.I was taken to Judge Truman Hobbs Court holding room,my Attorney (public defender) John Hartley,and Assisstant District Attorney Mike Kidd was present.John Hartley nad Mike Kidd gave me a plea bargen of 10 split 18 mounth's.I took the plea and sighned it. I was sent back to prison without going in front of the Judge.I tried many times to contact my public defender with no responce.Finally my case worker at Staton prison told me I had no warrents or wants on me.
The day I E.O.S ed I was prossessed then put on hold.Montgomery picked me up.I was taken to Montgomert County Jail.I was taken to the same holding room.My Attorney John Hartley came into the room ,I asked him "what happend to the plea we sighned"?Hartley said "MR KIDD moved to another county" Hartley droped what was my discovery down in front of me,He said "read this ill be back in ten minuts and we will go to Court.as I looked at this I saw that it was two Armed Robbery's,Hartley came back into the holding room,I asked Him "what is this"? Hartley told me "It's two Armed Robbery's you know you did them".then Hartley said  "you'r facing 99 to life" "what do you want to do? I told Hartley "I was not guilty of any Armed roberry  that I wanted to go to trial! Hartley told me to hold on He would see if he could get me a deal,Hartley went into the Court room ,He came back out and said "the D.A. is offering 20 years,I told Him "no way I wanted a trial"! Hartley again told me to hold on and he went back into the Court room,and again He returned and told me a 20 split 3 I again told Him I wanted a trial,again He went back into the COurt room and this time when He came out He told me  "20 split 3 suspended probation, Hartley told me if I would take this and if I got into trouble I would only get the 20 split 3 so I took the plea of 20 split 3 suspended probation. I was released that day on probation.

GROUND TWO (B)

50 day's after I accepted the 20 split 3 suspended probation,a charge of Burglary and theft of property was placed on my adintity. At my revicational hearing Judge Truman Hobbs in open Court stated that He could not violate me,for this charge is a Hearsay charge,the Judge also stated that He could not violate me for not paying,that I had only been out of prison for 50 day's any the law states that any person resleased from prison has 60 day's to get work before they are required to pay on fines or court coast or restitution,The Judge also stated that He could not violated me for not reporting ,that I had reported,At this time the detective  **B.M.WALKER** stated that she had evidence,Judge Hobbs asked "what was the evedence?"
 B.M. Walker stated "we have a pair of wire cutters that we the state believe cut the fence the was around the bissness. The Judge asked "where are these wire cutters?" B.M.Walker stated "the wire cutters are at the ferenzik scinnce lab". John Hartly did not object to this and did not appeal.
I filed a complaint to the BAR ,MR Hartly's responce was that I was violated for not paying and not reporting.

GROUND THREE (C)

I recieved a 20 year split 3 suspended probation, the Judge violated me to the 20 years, not the 20 split 3.

I was violated on a Hearsay charge, given by a man who was charged with many felony charges, working a deal with the state.

The wire cutters that B.M.Walker said she had are not in the discovery at all, they do not exist.

GROUND FOUR (D)

Judge Hobbs violated me on a hearsay charge after He stated in open Court that He could not .

The two Armed Robbery charges are not Robbery's at all.

## GROUND FIVE (E)

I was violated on the grounds of a pair of wire cutters that supposudly cut a fence to gain entrence to a bilding.

The alleged wire cutters are not in my compleated discovery.

This was the reson Judge Hobbs violated me to 20 years.

## CERTIFICAT OF SERVICE

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON  July 30Th 2005.
                                                                  DATE

COUNTY OF <u>BARBOUR</u>

STATE OF <u>ALABAMA</u>

SWORN TO AND SUBSCRIBED BEFORE ME A NOTARY PUBLIC THIS THE 30th DAY OF July 2005.

_Carolyn R. Abercrombie_
NOTARY PUBLIC

My Commission Expires August 18, 2007
COMM. EXP. DATE

RESPECTFULLY SUBMITTED

_Paul Wolfe_ PRO-SE
PAUL DALE WOLFE   215433-3-73T
VENTRESS CORR. FA.
P.O. BOX 767
CLAYTON, ALABAMA
                36016