Case Number _____

ID YR NUMBER
(To be completed
by Court Clerk)

2005 AUG -8 A 4:55

# IN FORMA PAUPERIS DECLARATION

__Circuit Court of Montgomery__
[Insert appropriate court]

__Paul Dale Wolfe  215433__
(Petitioner)

vs.

_____
(Respondent(s))

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Paul Dale Wolfe  215433__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes __X__   No _____

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   __Alabama Industry    25¢ an hour. 20 to 40 $ a month.__

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?

      Yes _____   No __X__

   b. Rent payments, interest, or dividends?

      Yes _____   No __X__

   c. Pensions, annuities, or life insurance payments?

      Yes _____   No __X__

   d. Gifts or inheritances?

      Yes _____   No __X__

   e. Any other sources?

      Yes _____   No __X__

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

    Yes _____        No __X__

    (Include any funds in prison accounts.)

    If the answer is "yes", state the total value of the items owned.

_____
_____
_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    Yes _____        No __X__

    If the answer is "yes", describe the property and state its approximate value.

_____
_____
_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

    Alex Wolfe   Andy Wolfe   Sons
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __July 29th 2005__
              (Date)

                              Paul Dale Wolfe 215433
                              Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __.06__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __Ventress__ institution:

Computed monthly balances attached

__8/1/05__        VENTRESS CORRECTIONAL FACILITY
  DATE            P. O. BOX 767
                  CLAYTON, AL 36016

                                        _____
                                        AUTHORIZED OFFICER OF INSTITUTION

Appendix A-8

```
              STATE OF ALABAMA
          DEPARTMENT OF CORRECTIONS
              VENTRESS CORR FAC


AIS #: 215433    NAME: WOLFE, PAUL              AS OF: 08/01/2005
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| AUG | 30 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $3.47 | $35.00 |
| NOV | 30 | $2.93 | $37.55 |
| DEC | 31 | $3.29 | $42.20 |
| JAN | 31 | $2.30 | $29.00 |
| FEB | 28 | $1.87 | $45.00 |
| MAR | 31 | $2.25 | $24.00 |
| APR | 30 | $3.47 | $28.00 |
| MAY | 31 | $0.48 | $7.00 |
| JUN | 30 | $0.20 | $5.00 |
| JUL | 31 | $1.19 | $36.00 |
| AUG | 1 | $0.06 | $0.00 |