IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL DALE WOLFE, #215433, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| vs. | ) 2:05-CV-742-D |
| | ) |
| J.C. GILES, et. al., | ) |
| | ) |
| Respondents. | ) |

## REQUEST FOR ADDITIONAL TIME IN WHICH
## TO RESPOND TO COURT'S ORDER

Come now the Respondents in this case, by and through the Attorney General of the State of Alabama, and respectfully request an extension of twenty-one additional days in which to respond to the Order issued by this Court on August 15, 2005. As grounds for this request, Respondents represent as follows:

1. The undersigned Assistant Attorney General has been involved in other cases in state and federal court and has not had sufficient time to prepare a response.

2. Wolfe raises five alleged constitutional violations committed by Respondents.

3. Respondents have requested the necessary documents to properly respond to Wolfe's allegations, but to date, the records have not been received.

4. The additional time requested will not prejudice the rights of Wolfe.

Wherefore, Respondents respectfully request an extension of twenty-one days, up to and including September 27, 2005, in which to file a response in this case.

Respectfully submitted,

s/Yvonne A. H. Saxon (Sax003)
Yvonne A. H. Saxon (Sax003)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: ysaxon@ago.state.al.us

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Paul Dale Wolfe, #215433, P. O. Box 767, Clayton, AL 36016.

                                                Respectfully submitted,

                                                s/Yvonne A. H. Saxon (Sax003)
Yvonne A. H. Saxon (Sax003)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: ysaxon@ago.state.al.us

219024/84547-001