```
ACRO370            ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2003 000498.00
OPER: REG                    CASE ACTION SUMMARY
PAGE:   1                    CIRCUIT    CRIMINAL          RUN DATE: 04/09/2003
================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                  JUDGE: TMH

STATE  OF  ALABAMA                 VS     WOLFE PAUL DALE
                                          6 PICKETT STREET
CASE: CC 2003 000498.00
                                          MONTGOMERY, AL  36104 0000

DOB: 06/28/1968       SEX: M  RACE: W  HT: 6 01  WT: 170  HR: BRO  EYES: BRO
SSN: 276729367  ALIAS NAMES: KIRKPATRICK MICHAEL
================================================================================
CHARGE01: ROBBERY 1ST           CODE01: ROB1  LIT: ROBBERY 1ST   TYP: F #: 001
CHARGE02: ROBBERY 1ST           CODE02: ROB1                     TYP: F #: 001
OFFENSE DATE:                   AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:               DATE ARRESTED: 01/31/2003
DATE     INDICTED: 04/04/2003   DATE    FILED: 04/09/2003
DATE    RELEASED:               DATE  HEARING:
     BOND AMOUNT:    $30,000.00       SURETIES:

DATE 1:               DESC:           TIME: 0000
DATE 2: 04/21/2003    DESC: APPT      TIME: 0200 P       A1st
                                                         215433
                 2003 040014 00  /                    /
     DEF/ATY:                           TYPE:                      TYPE:
             W. Hartley
                              00000                    00000
                                         EXHIBIT                 April/5
                                            A                   Oct/27
     PROSECUTOR:


================================================================================
OTH CSE: GJ200304001400 CHK/TICKET NO: S                    GRAND JURY: 14
COURT REPORTER:                    SID NO:  001431450
DEF STATUS: JAIL                   DEMAND:                       OPER: REG
================================================================================
   TRANS DATE     ACTIONS, JUDGEMENTS, AND NOTES                        OPE
--------------------------------------------------------------------------------
| 04/09/2003 | ASSIGNED TO: (TMH) TRUMAN M HOBBS         (AR01)         REG |
|------------|-------------------------------------------------------------|
| 04/09/2003 | DEFENDANT ARRESTED ON: 01/31/2003         (AR01)         REG |
|------------|-------------------------------------------------------------|
| 04/09/2003 | FILED ON: 04/09/2003                      (AR01)         REG |
|------------|-------------------------------------------------------------|
| 04/09/2003 | DEFENDANT INDICTED ON: 04/04/2003         (AR01)         REG |
|------------|-------------------------------------------------------------|
| 04/09/2003 | BOND SET AT: $30000.00                    (AR01)         REG |
|------------|-------------------------------------------------------------|
| 04/09/2003 | INITIAL STATUS SET TO: "J" - JAIL         (AR01)         REG |
|------------|-------------------------------------------------------------|
| 04/09/2003 | CHARGE 01: ROBBERY 1ST/#CNTS: 001         (AR01)         REG |
|------------|-------------------------------------------------------------|
| 04/09/2003 | CHARGE 02: ROBBERY 1ST/#CNTS: 001         (AR01)         REG |
|------------|-------------------------------------------------------------|
| 04/09/2003 | SET FOR: APPOINTMENT OF COU ON 04/21/2003 AT 0200P       REG |
|------------|-------------------------------------------------------------|
| 04/09/2003 | CASE ACTION SUMMARY PRINTED               (AR08)         REG |
|------------|-------------------------------------------------------------|
| 04/09/2003 | CAS ATTACHMENT PRINTED                    (AR08)         REG |
|------------|-------------------------------------------------------------|
```

5-15-03 / Affidavit of Indigency and Order
8-26-03 / W. Hartley appointed  TMH
9-8-03 / Notice of Discovery to Defendant, Intent to Use Prior Convictions,
        Intent to Invoice Sentencing Enhancements, Intent to Offer Proof
        By a Certificate of Analysis and Mo for Discovery By the State

ACRO369  ALABAMA  JUDICIAL  INFORMATION  CENTER

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2003 000498.00
JUDGE ID:  TMH

STATE OF ALABAMA                VS    WOLFE PAUL DALE

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 10-10-03 | DEFENDANT ARRAIGNED IN OPEN COURT, PLEADS NOT GUILTY. |
| 3-29-04 | Appeared for P.T.; plea status set 4-2-04 |
| 4/2/04 | Plea Agreement, 20/3 suspended, concurrent |

| State of Alabama Unified Judicial System | ● CASE ACTION SUMMARY CONTINUATION | CC-03-498 |
|---|---|---|
| Form C-7  Rev 2/79 | | TMH |

Style: Paul Wade Wolfe

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| / / | Y.O.A. GRANTED / DENIED |
| / / | State's Motion/Nolle Prosse Count(s) _____ Granted |
|  | State's Motion To Dismiss Count(s) _____ Granted |
| / / | State's Motion To Amend Count _____ to _____ Granted |
| 4/2/04 | ~~Plea Agreement~~ The Defendant is before the Court and is represented. The Court on record fully explained all Constitutional rights. The Court is convinced that Defendant comes into court voluntarily and understands all his rights. Exhibit A is signed by Defendant and counsel and the record affirmatively shows colloquy between the Judge and Defendant and that Defendant fully and completely understands he is waiving his Constitutional rights and other effects of a guilty plea and the consequences thereof and the sentence that could be imposed. Upon the conclusion of said colloquy the Court accepts the guilty plea and finds Defendant guilty and enters a judgment of guilt to the charge of  Robbery I x2 |
|  | Notice of HOA/Drug/Weapon Enhancements given _____. |
|  | P.S.I. ORDERED / (WAIVED) |
|  | Sentencing date is ___/___ at 8:30 a.m. |
|  | TRUMAN M. HOBBS, JR. CIRCUIT JUDGE |

| State of Alabama<br>Unified Judicial System | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br>CC 03-498<br>TMH |
|---|---|---|
| Form C-7  Rev 2/79 | | |

Style: Paul Dale Wolfe

Page Number _____ of _____ Pages

| DATE | Count I — ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 4-2-04<br>Rec'd<br>4-9-04 | Defendant & attorney appeared for sentencing. Court asked if he/she had anything to say why sentence should not now be pronounced and Defendant had his/her say.<br><br>HOA Enhancements Applicable   Yes/No<br>Defendant Admits _____ State Proves _____ priors<br><br>**IT IS ORDERED:**   Plea Agreement<br><br>Sentenced to __20__ yrs./split to serve __3__ yrs.<br>_____ reverse split postpone _____ mo./year Review _____<br>Concurrent __Counts__   Consecutive _____<br><br>Suspended (YES)/NO, Supervised/(P.O)/Court, Probation __3__ years<br>End of Split Sentence _____ years supervised probation<br>_____ DOC to give 60 day notice prior to E.O.S.<br><br>ENHANCEMENTS   $1000/2000 Enhancement Fine<br>_____ Remit portion completion of SAP<br>_____ Driver License suspended/revoked<br>_____ $100 DFS fee _____<br>_____ years School/_____ years Public Housing<br>_____ years Sale under 18<br><br>Boot Camp___ SAP___ Review upon completion-YES ___ GED ___<br>Work Release___ Community Service _____ hrs. Trash Pickup _____ hr<br>Maintain Employment _____ Aftercare _____ AA/NA _____<br>OTHER:<br><br>Restitution $__0__ Co-Defendant(s) _____<br>Jointly and Severally liable  Crime Victim $25.00/$50.00<br>Court Costs __✓__ Attorney Fees $150.00/_____ Fine $_____<br>Payment $_____ Mo/Week Begin _____ /04 or 1/2 monies earned _____<br>While at DOC<br><br>Review/Other _____<br><br>Defendant advised right to appeal. Defendant did/did not reserve issue for appeal or to withdraw the plea. Defendant to be given credit for time served. Appeal Bond set $_____<br><br>TRUMAN M. HOBBS,<br>CIRCUIT JUDGE |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number CC 03-498 |
|---|---|---|
| Form C-? Rev 2/79 | | |

Style: ~~Paul Dale Wolfe~~          Page Number ___ of ___ Pages

| DATE | Count II | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|---|

4-2-04

Defendant & attorney appeared for sentencing. Court asked if he/she had anything to say why sentence should not now be pronounced and Defendant had his/her say.

HOA Enhancements Applicable   Yes/No
Defendant Admits _____ State Proves _____ priors

IT IS ORDERED:   Plea Agreement

Sentenced to 20 yrs./split to serve 3 yrs.
_____ reverse split postpone _____ mo./year Review _____
Concurrent  Counts  Consecutive _____

Suspended (YES)/NO, Supervised/(P.O)/Court, Probation 3 years
End of Split Sentence _____ years supervised probation
_____ DOC to give 60 day notice prior to E.O.S.

ENHANCEMENTS   $1000/2000 Enhancement Fine
_____ Remit portion completion of SAP
_____ Driver License suspended/revoked
_____ $100 DFS fee _____
_____ years School/ _____ years Public Housing
_____ years Sale under 18

Boot Camp___ SAP___ Review upon completion-YES ___ GED___
Work Release___ Community Service ___ hrs. Trash Pickup ___ hr
Maintain Employment___ Aftercare___ AA/NA___
OTHER: _____

Restitution $_____ Co-Defendant(s) _____
Jointly and Severally liable   Crime Victim $25.00/$50.00_____
Court Costs ___ Attorney Fees $150.00/_____ Fine $_____
Payment $_____ Mo/Week Begin _____/04 or 1/2 monies earned ___
While at DOC

Review/Other _____

Defendant advised right to appeal. Defendant did/did not reserve issue for appeal or to withdraw the plea. Defendant to be given credit for time served.   Appeal Bond set $_____

TRUMAN M. HOBBS, JR.
CIRCUIT JUDGE

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7   Rev 2/79 | | CC03-498 |

Style: PAUL WOLFE

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 6/8/04 | |
| | Delinquency filed by the Probation Officer and based on the report of: |
| | PROBATION OFFICER PERKINS Defendant declared delinquent and arrested for: |
| | __X__ Failure to report |
| | __X__ Failure to pay court ordered money |
| | _____ Failure to pay supervision fees |
| | _____ Arrested on new charges: |
| | _____ Failure to avoid injurious habits: |
| | _____ Changing residence without permission |
| | _____ Failure to comply with court orders: |
| | _____ Failure to attend and/or complete program (GED – SAP – COMMUNITY SERVICE) |
| | _____ Possessing a firearm |
| | _____ Failure to maintain employment |
| | _____ Other: |
| | |
| | TRUMAN M. HOBBS, JR |
| | CIRCUIT JUDGE |
| 6-11-04 | Capias Issued |
| 07/02/04 | Capias Executed; File to Judge |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number CC 03-498 |
|---|---|---|
| Form C-7   Rev 2/79 | | TMH |

Style: Paul Wolfe

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 7-8-04 | Delinquency report filed by the Probation Officer and based on the testimony of P.O. Perkins _____ Defendant declared delinquent for: |
| | ✓ ~~Failure to report~~ |
| | ✓ Failure to pay court ordered monies |
| | ___ ~~Failure to pay supervision fees~~ |
| | ✓ Arrested on new charges  Burglary I |
| | ___ Failure to avoid injurious habits |
| | ___ ~~Changing residences without permission~~ |
| | ___ Failure to comply with Court orders |
| | ___ ~~Failure to attend and/or complete program (GED   SAP   COMMUNITY SVC)~~ |
| | |
| | ~~Defendant appeared with attorney__ W. Hartley ___ and was orally informed of the delinquency charges and also provided with a written statement of the charges, the disclosure of the evidence, the opportunity to be heard, to present witnesses and documentary evidence, to confront and cross-examine witnesses.~~   Defendant ADMITTED _____ the charges, or Defendant DENIED the charges and a Revocation Hearing is ~~scheduled on__ 7-15-04__~~ |
| | |
| | TRUMAN M. HOBBS, JR. ~~CIRCUIT JUDGE~~ |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7   Rev 2/79 | | CC-03-498 JMH |

Style: _____ Wolfe _____

Page Number ___ of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 7-15-04 | Defendant Wolfe appeared with Wiley Hartley for a revocation hearing. He had previously been provided with a written statement of the charges and advised of his rights. The parties were sworn in and Det. Walker, MPD testified he had arrested Defendant on 7/1/04 for Burglary 1 & TOP 1 which occurred at EZ Credit on Vandever between 9-29/6-30-04. A handgun was discharged and taken during the burglary. PO Womack stated Defendant was released in April 2004 from DOC, reported after his release, but has failed to report since that time. He further testified Defendant has failed to pay his COMs and supervision fees. Upon consideration of the evidence presented by the State, and the testimony of PO Womack and Det. Walker, the Court finds and is reasonably satisfied that Defendant did violate the conditions of his probation by failing to report, failing to pay his COMs and supervision fees and having a new arrest for Burglary 1 & TOP 1. Wherefore, it is ORDERED that Defendant's probation is revoked and his 20 year base sentence is imposed for failing to report, failing to pay his COMs and supervision fees and having been arrested on 2 new felony charges. Defendant advised of his right to appeal and if he could not afford a transcript or an attorney, one would be provided for him. DOC shall notify the Court in writing 60 days prior to EOS.<br><br>TRUMAN M. HOBBS, JR.<br>CIRCUIT JUDGE |
| 27 Jun 05 | Denied Petitioner's motion seeking a free transcript. |