```
OCS105          ALABAMA  JUDICIAL  DATA  CENTER
                         CASE ACTION SUMMARY      CASE: CC 2005 000084.00
                                                          JUDGE: MOE
IN THE CIRCUIT COURT OF BARBOUR        COUNTY
STATE OF ALABAMA VS WOLFE PAUL D. #215433

02/07/2005   TEXT   IN FORMA PAUPERIS GRANTED                (AR01)
02/10/2005   JUDG   ASSIGNED TO: (MOE)                       (AR01)
             FILE   FILED ON: 02/10/2005                     (AR01)
             FILE   CHARGE 01: HABEAS CORPUS/#CNTS: 001      (AR01)
             STAT   INITIAL STATUS SET TO: "O" - OTHER       (AR01)
             ARRS   DEFENDANT ARRESTED ON: 02/10/2005
04/11/2005   TEXT   WRIT OF MANDAMUS TO COMPEL LOWER COURT TO ACT ON
             TEXT   WRIT OF HABEAS CORPUS
04/21/2005   TEXT   MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER.
05/04/2005   DJID   DISPOSITION JUDGE ID CHANGED FROM:      TO: MOE
             DISP   CHARGE 01 DISPOSED BY: DISMISSED ON: 04/27/2005
             DISP   CHARGE 01: HABEAS CORPUS/#CNTS: 001      (AR10)
             D001   ENFORCEMENT STATUS SET TO: "M"           (AR10)
             TEXT   DISMISSED BY COURT OF CRIMINAL APPEALS
```

EXHIBIT B

WADE                          05262005