```
OCS105           A L A B A M A   J U D I C I A L   D A T A   C E N T E R
                                  CASE ACTION SUMMARY
                                                         CASE: CC 2005 000084.00
---------------------------------------------------------------------------------
IN THE CIRCUIT COURT OF BARBOUR        COUNTY                    JUDGE: MOE
    STATE OF ALABAMA  VS  WOLFE PAUL D. #215423
---------------------------------------------------------------------------------
   02/07/2005   TEXT   IN FORMA PAUPERIS GRANTED
   02/10/2005   JUDG   ASSIGNED TO: (MOE)                              (AR01)
                FILE   FILED ON: 02/10/2005                            (AR01)
                FILE   CHARGE 01: HABEAS CORPUS/#CNTS: 001             (AR01)
                STAT   INITIAL STATUS SET TO: "O" - OTHER              (AR01)
                ARRS   DEFENDANT ARRESTED ON: 02/10/2005               (AR01)
   04/11/2005   TEXT   WRIT OF MANDAMUS TO COMPEL LOWER COURT TO ACT ON
                TEXT   WRIT OF HABEAS CORPUS
   04/21/2005   TEXT   MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER.
   05/04/2005   DJID   DISPOSITION JUDGE ID CHANGED FROM:   TO: MOE
                DISP   CHARGE 01 DISPOSED BY: DISMISSED ON: 04/27/2005
                DISP   CHARGE 01: HABEAS CORPUS/#CNTS: 001             (AR10)
                D001   ENFORCEMENT STATUS SET TO: "N"                  (AR10)
                TEXT   DISMISSED BY COURT OF CRIMINAL APPEALS
```

EXHIBIT A

WADE                            05262005