IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL DALE WOLFE, #215433, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| vs. | ) 2:05-CV-742-D |
| | ) |
| J.C. GILES, et. al., | ) |
| | ) |
| Respondents. | ) |

**REQUEST FOR ADDITIONAL TIME IN WHICH
TO RESPOND TO COURT'S ORDER**

Come now the Respondents in this case, by and through the Attorney General of the State of Alabama, and respectfully request an extension of twenty-one additional days in which to respond to the Order issued by this Court on October 5, 2005. As grounds for this request, Respondents represent as follows:

1. The undersigned Assistant Attorney General has been involved in other cases in state and federal court and has not had sufficient time to prepare a response.

2. Respondents have requested the necessary documents to properly respond to Wolfe's allegations, and as ordered by the Court.

3. Respondents requested Wolfe's entire circuit court file from Barbour County, but to date, the record has not been received.

4. Once received, Respondents must review the file and address each issue presented in this Court's October 5, 2005 order.

5. The additional time requested will not prejudice the rights of Wolfe.

Wherefore, Respondents respectfully request an extension of twenty-one days, up to and including November 2, 2005, in which to file a response in this case.

Respectfully submitted,

s/Yvonne A. H. Saxon (Sax003)
Yvonne A. H. Saxon (Sax003)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: ysaxon@ago.state.al.us

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document (including exhibits) to the following non-CM/ECF participants:  Paul Dale Wolfe, #215433, P. O. Box 767, Clayton, AL  36016.

> Respectfully submitted,
>
> s/Yvonne A. H. Saxon (Sax003)
> Yvonne A. H. Saxon (Sax003)
> Office of the Attorney General
> Alabama State House
> 11 South Union
> Montgomery, AL  36130-0152
> Telephone:  (334) 242-7300
> Fax:  (334) 242-2848
> E-Mail: ysaxon@ago.state.al.us

224409/84547-001

3