IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISON

PAUL DALE WOLFE 215433  (
PETITIONER             (
                       (
                       (          CIVIL ACTION NO:
VS                     (
                       (          2:05-CV-742-D
                       (
J.C. GILES,ET.AL.,     (
RESPONDENT'S           (

MOTION FOR LEAVE

TO FILE MOTION FOR SUMMARY

JUDGMENT FOR PETITIONER

Comes now the Petitioner, PAUL DALE WOLFE 215433 PRO-SE, in the above styled case and file this request for permission to file MOTION FOR SUMMARY JUDGMENT FOR PETITIONER, pursuant to tje FEDERAL RULES-CIVIL PROCEDURE and follows the procedural order of August 15Th 2005.

It is so prayed this this HONORABLE COURT grant this MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT FOR PETITIONER.

IT IS SO PRAYED.

RESPECTFULLY SUBMITTED

*Paul Dale Wolfe* _PRO-SE

PAUL DALE WOLFE  215433
VENTRESS CORR.FA
P.O.BOX 767
CLAYTON,ALABAMA
            36016

## CERTIFICATE OF ATTASTATION

I HEREBY SWEAR UNDER OATH AND THE PENALTY OF PERJURY THAT THE STATEMENTS CONTAINED IN THIS PETITION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATED: Nov 10th 2005

RESPECTFULLY SUBMITTED

*Paul Dale Wolfe* _____ PRO-SE
PAUL DALE WOLFE 215433
VENTRESS CORR.FA.
P.O.BOX 767
CLAYTON,ALABAMA
36016

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT A COPY OF THE SAME FOREGOING MOTION HAS BEEN SERVED UPON THE HONORABLE ATTORNEY GENERAL, 11 SOUTH UNION STREET MONTGOMERY, ALABAMA 36130-0152, AND UPON THE HONORABLE OFFICE OF THE CLERK UNITED STATES DISTRICT COURT P.O.BOX 711 MONTGOMERY, ALABAMA 36101-0711 BY PLACING THE SAME INTO THE UNITED STATES MAIL BOX AT VENTRESS CORRECTIONAL FACIALITY CORRECTLY ADDRESSED AND POSTAGE PRE PAID THIS THE **10TH** DAY OF **NOVEMBER 2005.**

RESPECTFULLY SUBMITTED

*Paul Dale Wolfe* _____ PRO-SE
PAUL DALE WOLFE 215433
VENTRESS CORR.FA.
P.O.BOX 767
CLAYTON,ALABAMA
36016

**STATE OF ALABAMA**

**COUNTY OF BARBOUR**

SUBSCRIBED AND SWORN TO BEFORE ME A NOTARY PUBLIC THIS THE 10th DAY OF Nov. 2005.

*Carolyn R. Abercrombie*
NOTARY PUBLIC

My Commission Expires August 16, 2007
_____
COMM.EXP.DATE

RESPECTFULLY SUBMITTED

*Paul Dale Wolfe* _____ PRO-SE
PAUL DALE WOLFE 215433
VENTRESS.CORR.FA.
P.O.BOX 767
CLAYTON,ALABAMA 36016