ACR974                ALABAMA JUDICIAL INFORMATION SYSTEM
              * * * IN THE CIRCUIT COURT   OF BARBOUR COUNTY * * *

THE STATE OF ALABAMA   VS.   WOLFE PAUL O. #215433

HON. MELISSA RITTENOUR
CIRCUIT CLERK, MONTGOMERY CO           CASE NUMBER: CC 2005 000094.00
P.O. BOX 1667
MONTGOMERY, ALABAMA 36102-1667         PARTY NUMBER: DEFD

I DAVID S. NIX, CIRCUIT CLERK OF BARBOUR COUNTY DO HEREBY CERTIFY THAT
THIS CASE WAS TRANSFERED TO MONTGOMERY COUNTY BY HON. BURT SMITHART,
CIRCUIT JUDGE OF BARBOUR COUNTY ON APRIL 29, 2005..

COMPLETE FILE

***SOMEHOW THIS TRANSFER WAS OVERLOOKED AND JUST BROUGHT TO MY
   ATTENTION BY THE STATE (11/02/2005)

NOTICE ISSUED ON: 11/03/2005                CLERK: DAVID S. NIX

(11/03/2005)   DAN

EXHIBIT C-1

```
OCSIOS        A L A B A M A    J U D I C I A L   D A T A   C E N T E R
                                 CASE ACTION SUMMARY
                                                          CASE: CC 2005 000094.00
IN THE CIRCUIT COURT OF BARBOUR          COUNTY                    JUDGE: MOE
   STATE OF ALABAMA VS WOLFE PAUL D. #215433

02/07/2005   TEXT    IN FORMA PAUPERIS GRANTED
02/10/2005   JUDG    ASSIGNED TO: (LBS)                                   (AR01)
             FILE    FILED ON: 02/10/2005 (IN FORMA PAUPERIS GRANTED)
             FILE    CHARGE 01: HABEAS CORPUS/#CNTS: 001                  (AR01)
             STAT    INITIAL STATUS SET TO: "O" - OTHER                   (AR01)
04/11/2005   TEXT    WRIT OF MANDAMUS TO COMPEL LOWER COURT TO ACT ON
             TEXT    WRIT OF HABEAS CORPUS
04/21/2005   TEXT    MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER.
05/04/2005   DJID    DISPOSITION JUDGE ID CHANGED FROM:       TO: MOE
             DISP    CHARGE 01 DISPOSED BY: TRANSFER ON: 04/27/2005
             DISP    CHARGE 01: HABEAS CORPUS/#CNTS: 001                  (AR10)
             TEXT    TRANSFERED TO MONTGOMERY COUNTY                      (AR10)
             TEXT    DISMISSED BY COURT OF CRIMINAL APPEALS
11/03/2005   TEXT    FILE MAILED TO MONTGOMERY COUNTY CIRCUIT CLERK'S
             TEXT    OFFICE




NIX                     11032005
```

IN THE CIRCUIT COURT OF BARBOUR COUNTY
CLAYTON DIVISION

PAUL DALE WOLFE, AIS#215433, )
    Petitioner, )
VS )  CASE NO.: CC-2003-498
STATE OF ALABAMA, )
    Respondent. )

### ORDER

The Court finds that the Petition styled Writ of Habeas Corpus heretofore filed in the above styled matter is in fact a Rule 32 Petition as is evident that the Petitioner is attacking a conviction in the Circuit Court of Montgomery County, Alabama, the Fifteenth Circuit.

It is **ORDERED** that the Petition be transferred to the County where the conviction occurred: Montgomery County, Alabama, the Fifteenth Judicial Circuit.

**ORDERED** and **ADJUDGED** this 29th day of April, 2005.

_____
Burt Smithart, Circuit Judge
Third Judicial Circuit