```
ACR0372                ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 2003 000498.60
OPER: TCR                      CASE ACTION SUMMARY
PAGE:   1                       CIRCUIT  CRIMINAL                 RUN DATE: 11/15/2005
===============================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                       JUDGE: TM

STATE OF ALABAMA                    VS      WOLFE PAUL DALE
                                            VENTRESS CORR. FACILITY
CASE: CC 2003 000498.60                     P.O. BOX 767
                                            CLAYTON, AL  36016 0000

DOB: 06/28/1968          SEX: M  RACE: W  HT: 6 01  WT: 170  HR: BRO  EYES: BRO
SSN: 276729367   ALIAS NAMES: KIRKPATRICK MICHAEL
===============================================================================
CHARGE01: RULE 32-FELONY            CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                       AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                   DATE ARRESTED:
DATE    INDICTED:                   DATE    FILED: 11/04/2005
DATE    RELEASED:                   DATE  HEARING:
BOND       AMOUNT:        $.00 N    SURETIES:

DATE 1:          DESC:              TIME: 0000
DATE 2:          DESC:              TIME: 0000

TRACKING NOS: CC 2003 000498 00  /                     /

    DEF/ATY:                        TYPE:                              TYPE:

                         00000                              00000

PROSECUTOR:
===============================================================================
OTH CSE: CC200300049800  CHK/TICKET NO:                GRAND JURY:
COURT REPORTER: _____ SID NO:  001431450
DEF STATUS: PRISON               DEMAND:                          OPER: TCR
===============================================================================
DATE         ACTIONS, JUDGEMENTS, AND NOTES
===============================================================================
11-15-05 | Copy of Rule 32 Sent to DA
```

EXHIBIT D