IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PAUL DALE WOLFE   215433

VS

J.C. GILES, T.AL.,

CIVIL ACTION NO:

2:05-CV-742-D

## PETITIONER'S RESPONSE TO RESPONDENT'S SECOND SUPPLEMENTAL ANSWER TO COURT'S ORDER

Comes now Petitioner, in the above styled case, and file their answer in response to the Attorney Generals claims of Petitioner's having a pending Rule 32 in Montgomery County Circuit Court of Montgomery Alabama.

Petitioner presents the following answer, as follows:

1). Petitioner denies States allegations that Petitioner has a pending Rule 32 in Montgomery County Court. **SEE EXHIBIT A,** IT shows that not only did the Honorable Judge Truman M. Hobbs,Jr recive the Habeas Corpus that was to be construd as a Rule 32, but this Honorable Judge denied said Petition, on the date of June 27TH 2005.

2). On May 4TH 2005 several actions took place,(by the showing of the case action summery) (EXHIBIT C).
A). one of many which was: Charg one disposed:transfer on 4/27/05
B). another transfer to Montgomery County.

3). The next entry on this case action summery (**EXHIBIT C**) is 11/3/05 Petitioner finds it vary odd, that even though the Honorable Judge Truman M. Hobbs Jr. denied this petition on June 27TH 2005, that its not found in this case action summery, when Petitioner shows: by Signiture of this Honorable Judge Truman M. Hobbs Jr. that in fact

He did denie said petition.

4). This Honorable Judge Truman M. Hobbs Jr. did Denie said Petition for Habeas Corpus, therefor, State Remodies were in fact EXHAUSTED.

## CONCLUSION

Petitioner Respectfully denies States allegations that Petitioner is now premature. When in fact Petitioner is on point. In light of the facts shown, this States Attorney Generals Office is only stolling Petitioner with there use of this Harpoons.

Petitioner Respectfully requests that this Honorable Court accept His allegations as truth, and grant His relief.

RESPECTFULLY SUBMITTED

_Paul Dale Wolfe_ PRO-SE
PAUL DALE WOLFE 215433-6A
VENTRESS CORR.FA.
P.O.BOX 767
CLAYTON,ALABAMA 36016

STATE OF ALABAMA
COUNTY OF BARBOUR

SUBSCRIBED AND SWORN TO BEFORE ME A NOTARY PUBLIC THIS THE 29th DAY OF November 2005.

_Carolyn R. Abercrombie_
NOTARY PUBLIC

My Commission Expires August 18, 2007
COMM.EXP.DATE

## CERTIFICATE OF SERVICE

I do hereby Certify that a copy of the same foregoing Motion has been served upon the Honorable Attorney General,11 SOUTH UNION STREET MONTGOMERY,ALABAMA 36130-0152, and upon the Honorable Office of the CLERK UNITED STATES DISTRICT COURT p.o.box 711 MONTGOMERY,ALABAMA 36101-0711 by placing the same into the United States mail box at ventress Corr.fa. correctly addressed and postege pre paid this the 29th day of November 2005

RESPECTFULLY SUBMITTED

_Paul Wolfe_ PRO-SE