(Exhibit C)

```
OCS165        ALABAMA  JUDICIAL  DATA  CENTER
                    CASE ACTION SUMMARY
                                          CASE: CC 2005 000084.00
IN THE CIRCUIT COURT OF BARBOUR      COUNTY            JUDGE: MOE
   STATE OF ALABAMA  VS  WOLFE PAUL D.  #215433

02/07/2005   TEXT   IN FORMA PAUPERIS GRANTED
02/10/2005   JUDG   ASSIGNED TO: (LBS)
             FILE   FILED ON: 02/10/2005 (IN FORMA PAUPERIS GRANTED)  (AR01)
             FILE   CHARGE 01: HABEAS CORPUS/#CNTS: 001               (AR01)
             STAT   INITIAL STATUS SET TO: "O" - OTHER                (AR01)
04/11/2005   TEXT   WRIT OF MANDAMUS TO COMPEL LOWER COURT TO ACT ON
             TEXT   WRIT OF HABEAS CORPUS
04/21/2005   TEXT   MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER.
05/04/2005   OJID   DISPOSITION JUDGE ID CHANGED FROM:        TO: MOE
             DISP   CHARGE 01 DISPOSED BY: TRANSFER   ON: 04/27/2005
             DISP   CHARGE 01: HABEAS CORPUS/#CNTS: 001               (AR10)
             TEXT   TRANSFERED TO MONTGOMERY COUNTY                   (AR10)
             TEXT   DISMISSED BY COURT OF CRIMINAL APPEALS
11/03/2005   TEXT   FILE MAILED TO MONTGOMERY COUNTY CIRCUIT CLERK'S
             TEXT   OFFICE

MIX                   11032005
```