IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PAUL DALE WOLFE                    (
# 215433                           (          CIVIL ACTION NO.
           PETITIONER             (          2:05-cv-742-D
                                   (
VS                                 (
                                   (
J.C.GILES,et.al.,                  (
           RESPONDENTS            (


## PETITIONER'S RESPONSE TO RESPONDENT'S
## THIRD SUPPLEMENTAL ANSWER TO COURT'S ORDER

Comes now Petitioner **PAUL DALE WOLFE,PRO-SE,215433**, in response to

the Attorney General's third supplemental answer dated December 15TH

2005, Will Show The Following:


### STATEMENT OF THE FACTS

On or near November 29TH 2005 Petitioner **PAUL DALE WOLFE** filed "Petitioners

Response to Respondent's Second Supplemental Answer To Court's Order"

In this filing was Exhibit A, and Exhibit C,. These Exhibits show that

the Honorable Judge Truman M. Hobbs Jr. denied the Petitioner's State

Habous Courps by Motion,and with this Honorable Judges signature.

In the Respondent's third supplemental answer to Court's order #3

the  Attorney General's office state's that "wolfe has not exhausted

his State Court Remedies" when in fact he has. When the Honorable Judge

Truman M.Hobbs Jr. denied Petitioner's state habous courpus, this denial

was the end of this state exhaustation.SEE TITLE 15-22-50 AND SEE: DAILEY

VS STATE 402 SO. 2D 1117 (1981) AND SEE: GREEN VS STATE 436 SO.2D 803(1983).

**Also in Respondent's third Supplemental Answer #5** the state habous

corpous petition filed by Wolfe in Barbour County did address Petitioner's

conviction and sentence. Petitioner filed this habeas corpus on February

7TH 2005.

On April 29Th 2005 The Circuit Court of Barbour County,Clayton Division, Ordered that the Petitione be transferred to the County where the conviction occured: Motgomery County, Alabama, which the Honorable Circuit Judge Burt Smithart signed.

It is to no fault of the Petitioner that this Order was not followed.SEE 15-22-50 after 30 days Circuit Court has no jurisdiction.CODE 1975.

On April 19Th 2005 The Honorable District Attorney filed a Motion to Dismiss or in the Alternative Transfer.

The District Attorney's Office of Barbour County stated in this Motion that "the matter alleged by the defendant is in fact a rule 32 petition and should be transferred to the Circuit of it's origin believed to be Case No CC-2003-498 and believed to be from Montgomery,County.

The Honorable Judge Burt Smithart agreed to this Motion and in responce Ordered that the Petition be transferred to the County of Montgomery. On April 29Th,10 days after the Motion to Dismiss Transfer was Filed.

On June 27Th 2005 The Honorable Judge Truman M.Hobbs Jr. denied by a Motion and with his signature, the Petitioners Habeas Corpus,therefore Exhausting Petitioners State Remodies.

RESPECTFULLY SUMITTED

PRO-SE
PAUL DALE WOLFE/215433-6A
VENTRESS.CORR.FA
P.O.BOX 767
CLAYTON,ALABAMA
                    36016

## CERTIFICATE OF SERVECE

I DO HEREBY CERTIFY THAT A COPY OF THE SAME FOREGOING MOTION HAS BEEN

SERVED UPON THE HONORABLE ATTORNEY GENERAL,11 SOUTH UNION STREET MONTGOMERY,ALABAMA

36130-0152,AND UPON THE HONORABLE OFFICE OF THE CLERK UNITED STATES

DISTRICT COURT P.O.BOX 711 MONTGOMERY,ALABAMA 36101-0711 BY PLACING

THE SAME INTO THE UNITED STATES MIAL BOX AT VENTRESS CORR. FA. CORRECTLY

ADDRESSED AND POSTAGE PREPAID THIS THE 17TH DAY OF DECEMBER 2005.


STATE OF ALABAMA

COUNTY OF ALABAMA

SUBSCRIBED AND SWORN TO BEFORE ME A NOTARY PUBLIC THIS THE _17th_ DAY

OF _Dec._ 2005.


_Carolyn R. Abercrombie_
NOTARY PUBLIC

My Commission Expires August 18, 2007

_____
COMM.EXP DATE


RESPECTFULLY SUBMITTED

_Paul Dale Wolfe_ PRO-SE
PAUL DALE WOLFE #15433-6A
VENTRESS CORR.FA.
P.O.BOX 767
CLAYTON,ALABAMA 36016