IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PAUL DALE WOLFE  (
# 215433          (
    PETITIONER    (         CIVIL ACTION NO.
                  (         2:05-CV-742-D
VS                (
                  (
L.C. GILES, ET.AL., (
    RESPENDENT    (

REQUEST FOR ADDITIONAL TIME IN WHICH

TO RESPOND TO COURT'S ORDER

Comes now the Petitioner in this case, by and through PRO-SE, and respectfully request an extension of twenty-one days in which to respond to the order issued by this Court on January 6TH 2006. As grounds for this request, Petitioner represent as follows:

1. The undersinged Petitioner is incarcerated at Ventress Corr.Fa, this Prison is under quarantine for chicken pox. the law library is only open in short perioads and at times none at all.

2. The additional time requested will not prejudice this case. Wherefore, Petitioner respectfully request an extension of twenty-one days, up to and including February 3Rd 2006,in which to file a response in this case.

RESPECTFULLY SUBMITTED

*Paul Dale Wolfe* PRO-SE
PAUL DALE WOLFE 215433-6A
VENTRESS CORR.FA.
P.O.BOX 767
CLAYTON,ALABAMA
                36016

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT A COPY OF THE SAME FOREGOING MOTION HAS BEEN SERVED UPON THE HONORABLE ATTORNEY GENERAL, 11 SOUTH UNION STREET MONTGOMERY, ALABAMA 36130-0152, and UPON THE HONORABLE OFFICE OF THE CLERK UNITED STATES DISTRICT COURT P.O.BOX 711 MONTGOMERY, ALABAMA 36101-0711 BY PLACING THE SAME INTO THE UNITED STATES MAIL BOX AT VENTRESS CORR.FA. CORRECTLY ADDRESSED AND POSTAGE PRE PAID THIS ___12___ DAY OF __JAN__ 2006.

STATE OF ALABAMA

COUNTY OF BARBOUR

SUBSCRIBED AND SWORN TO BEFORE ME A NOTARY PUBLIC THIS THE __12th__ DAY OF __Jan.__ 2006.

_Carolyn R. Abercrombie_
NOTARY PUBLIC

My Commission Expires August 18, 2007
COMM. EXP. DATE

RESPECTFULLY SUBMITTED

_Paul Dale Wolfe_ PRO-SE
PAUL DALE WOLFE 215433-6A
VENTRESS CORR.FA.
P.O.BOX 767
CLAYTON, ALABAMA
    36016