IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL DALE WOLFE, #215433, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-742-ID |
| | ) |
| J. C. GILES, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on January 17, 2006 (Court Doc. No. 25), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from January 13, 2006 to and including February 3, 2006 to file a response to the order entered on January 6, 2006.

DONE, this 23rd day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE