In The United States District Court
for the Middle District of Alabama
Northern Division

Paul Dale Wolfe
215433   Petitioner

vs

J.C. Giles, ET.AL.,
       Respondents

Civil Action No.
2:05-CV-742-D

Petition Show Cause Why
Petition Should Not be Dismissed

Comes Now the Petitioner Paul Dale Wolfe 215433 Pro-se in response to this Honorable District Courts Order to Show Cause, Petitioner Respectfully Shows the following:

## STATEMENT OF FACTS

On October 1st 2004 Petitioner Paul Dale Wolfe 215433 Not Knowing Any better, A layman unschooled in the law, filed a Habeas Corpus with The County of Conviction (Montgomery County), then disscovered that such a Writ of Habeas Corpus should have been filed in the County of Confinment, in this cause of action it was Barbour County, Clayton Alabama.

At this time Petitioner filed "Motion To Withdraw" to Montgomery County, for said Habeas Corpus.

Petitioner at this time filed a same type

-1-

And manner Habeas Corpus into Barbour County Circuit Court.

On the 29th day of April 2005, the Honorable Judge Burt Smithart, Circuit Judge, Third Judicial Circuit, in the Circuit Court of Barbour County, ordered that the Petition, styled Writ of Habeas Corpus that Petitioner filed in the County of Incarceration, Barbour, be transferred to the County of Conviction, (Montgomery County Circuit Court)!

Montgomery at this time files a motion to the Petitioner Wolfe stating that his Habeas Corpus was denied by the Honorable Judge Truman Hobbs Jr.

Petitioner believed that this Petition was the one that was infact sent to Montgomery County Court by Barbour County Court, so Petitioner filed a timely federal Habeas Corpus with this Honorable District Court.

When in fact Barbour County never sent said Habeas Corpus to Montgomery County.

After many motions between the Honorable Attorney Generals office, District Court, and Petitioner, were Attorney General made FALSE Aligations about Petitioner that were proven to be FALSE, such as time bar ect...

Now Attorney Generals office once again has thrown a Harpoon into this case, trying to have this Habeas Corpus thrown out!

When infact it was the State that made the misstake of not filling ordered Petition in a timely manner, causing compleat confussion.

-2-

On the 2nd day of November 2005 Yvonne A.H. Saxon Assistant Attorney Generale filed "Respondents Supplimental Answer" to Courts Order, to the Honorable United States District Court for the Middle District of Alabama Northern Division".

In this Supplemental Answer this Assistant made the statement that Petitioner had properly filed a timely post-conviction with in the one-year Statue of limitations for Rule 32.

In Section #4 of the Respondents Supplimental Answer, it is Stated "Wolfes State Habeas Corpus Petition, However was not transferred as ordered due to a confussion with the clerks file in Barbour County".

The State confessed in the Supplimental Answer "That Barbour County Clerk made the Misstake"

If this Petitioner had made the misstake and was late for 1 day much less 210 days, 7 mounths Petitioner would be time barred!

Is there no law that covers this situation to protect Petitioners? Is there not a law that States, when an Order is made from an Honorable Judge that it is to be followed, and if it's not followed than it is to be dissmissed?

This State confesses there misstake, and it is vary plain that this mistake caused Petitioner prejudice.

If this Honorable Court will not grant Motion to Show Cause, because of prejudice to Petitioner, and prosead with His federal Writ

-3-

then in the Alturnative please dissmiss said Habeas Corpus without prejudice and order past 7 mounth's lost to not be held against Petitioner.

IT is so prayed.



## Certificat of Service

I Do hereby Certify that a copy of the same foregoing Motion has been Served upon the Honorable Attorney General, 11 South Union Street Montgomery, Alabama 36130-0152, and upon the Honorable office of the Clerk United States District Court P.O. Box 711 Montgomery, Alabama 36101-0711 by placing the same into the United States Mail Box At Ventress Corr. Fa. Correctly Addressed and Postage prepaid this the 3rd day of February 2006.

State of Alabama

County of Barbour

Subscribed and sworn to before me this the 3rd day of Feb. 2006.

_Reba J Currie_       9-8-08
Notary Public        Comm. Exp. Date

Respectfully Submitted
_Paul Dale Wolfe_
Paul Dale Wolfe
215433-6 Dorm-2
Ventress Corr. Fa.
P.O. Box 767
Clayton, Alabama
36016

-5-