IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL DALE WOLFE, #215433, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05v742-D |
| ) | (WO) |
| J. C. GILES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On February 13, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the record and upon CONSIDERATION of the Recommendation of the Magistrate Judge, the Recommendation is hereby adopted, and it is

ORDERED that the petition for habeas corpus relief be and the same is hereby DISMISSED without prejudice so that the petitioner can pursue his state court remedies.

DONE this 24th day of February, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE